# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR -3 2008
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:05CR00259-04 JLH |
| **RENEE JENNINGS** ) | USM No: 23853-009 |
| Date of Previous Judgment: January 9, 2007 ) | Milton DeJesus - appointed on February 14, 2008 |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____46____ months **is reduced to** ___TIME SERVED___ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 46 to 57 months | Amended Guideline Range: | 37 to 46 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
The effective date of this Order will be as soon as possible, but no later than March 13, 2008

Except as provided above, all provisions of the judgment dated  January 9, 2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 3, 2008

_____
Judge's signature

Effective Date:  No later than March 13, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title